*Messrs. Hartwell Cabell* and *Joseph S. Clark, Sr.,* for petitioner. *Mr. Henry DeForest Baldwin* for respondent.

No. 498. UNION INDEMNITY Co. *v.* HALL. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Clay C. Rogers* for petitioner. *Mr. A. M. Meyer* for respondent.

No. 402. LITTMAN *v.* BRODERICK, SUPERINTENDENT OF BANKS. December 5, 1932. Petition for writ of certiorari to the Supreme Court of New York, County of New York, denied. *Mr. Abraham Feit* for petitioner. *Mr. Carl J. Austrain* for respondent.

No. 465. FEDERAL TRADE COMMISSION *v.* JAMES S. KIRK & Co. ET AL. December 5, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert E. Healy, Martin A. Morrison, Edward E. Reardon,* and *James W. Nichol* for petitioner. *Messrs. William P. Sidley* and *Frank F. Dinsmore* for respondents.

Nos. 479 and 480. DIAMOND ALKALI Co. *v.* HEINER, COLLECTOR OF INTERNAL REVENUE. December 5, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John W. Davis, Marion N. Fisher, Wm. A. Seifert,* and *Maynard Teall* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney*